

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 26, 2021

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Paguada v. Sweet Pete's LLC, Case No.: 1:20-cv-06675-JPC

Dear Judge Cronan:

We represent defendant Sweet Pete's LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Josue Paguada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 26, 2021 to July 9, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

> All deadlines in this case are adjourned *sine die*.  The parties shall file a joint letter by July 9, 2021 updating the Court on the status of this case.  If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.20 available at https://nysd.uscourts.gov/rules/ecf-related-instructions.
>
> SO ORDERED.
>
> Date:   May 27, 2021
>          New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

US_Active\118267084\V-1